

FILED
JUN 10 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN THOMAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR INC.,<br><br>　　　　Defendants. | CASE NO. 3:20-CV-00601-BEN-WVG<br><br>[Assigned to Hon. Roger T. Benitez and Magistrate Judge William V. Gallo]<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT<br><br>COMPLAINT FILED: July 13, 2017<br>TRIAL: N/A |

The Court, having considered all papers filed in support of the Joint Stipulation to Stay Proceedings pending settlement, hereby orders that these proceedings, including discovery and all pretrial deadlines be stayed, to allow the Parties to finalize the settlement of this action in its entirety.

**IT IS SO ORDERED.**

DATED: June 9, 2020

_____
Hon. Roger T. Benitez
United States District Court Judge